IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 1:12-cv-12218-GAO |
| | § | |
| **GOOGLE, INC.** | § | **JURY DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |

## JOINT SCHEDULING STATEMENT

Plaintiff Lexington Luminance LLC ("Lexington" or "Plaintiff"), Defendant Google, Inc. ("Google" or "Defendant"), and Intervenor Formosa Epitaxy, Inc. ("Forepi") have conferred concerning discovery and scheduling matters. The parties hereby submit this Joint Scheduling Statement.

## PROPOSED SCHEDULE

1. The parties agree to adopt the pretrial events in the sample Scheduling Order attached as an Appendix to Local Rule 16.6, with the following specific dates.

| Event | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|
| Status Conference | 4/23/15 (Scheduled) | |
| Plaintiff's Amended Preliminary Infringement Disclosures.<br><br>**Plaintiff's Position:** Usual and reasonable rules regarding amendment of accused instrumentalities apply.<br><br>**Defendant's Position:** This date establishes the deadline for final identification of accused products and instrumentalities. After this date plaintiff cannot assert any additional accused product or instrumentality absent a | 5/27/15<br>Agreed | |

| | | |
|---|---|---|
| showing of good cause. | | |
| **Plaintiff's Position:** Deadline for adding parties or to amend the pleadings without leave.<br><br>**Defendant's Position:** Deadline for adding parties or to amend the pleadings. | 5/27/15<br>Agreed | |
| Defendants' Amended Preliminary Invalidity and Non-Infringement Disclosures. | 6/24/15 | 09/15/15 |
| **Plaintiff's Rebuttal to Invalidity Disclosures (Defendant's Position)**<br><br>**OR**<br><br>**No Rebuttal to Invalidity Disclosures (Plaintiff's Position)** | N/A | 10/15/15 |
| Identification of Claim Terms to be Construed | 7/22/15 | 01/7/16 |
| Exchange of Proposed Constructions | 8/5/15 | 01/14/16 |
| Exchange of claim construction briefs. The briefs shall contain a list of remaining terms construed, the parties' proposed construction of each term, and evidence and argument supporting each construction. Absent leave of court, the briefs shall be limited to 20 pages. | 9/9/15 | 2/16/16 |
| Exchange of claim construction reply briefs. Absent leave of court, reply briefs shall be limited to 15 pages. | 10/7/15 | 03/01/16 |
| Joint Claim Construction and Prehearing Statement | 10/21/15 | 03/15/16 |
| Exchange of Tutorials | 7 days before *Markman* | |
| *Markman* (Claim Construction) Hearing | At the Court's convenience | |
| Amendment/Supplementation of Plaintiff's Infringement Disclosures and Defendant's Invalidity and Non-Infringement Disclosures | 30 days after<br>*Markman ruling* | |
| Fact Discovery Cut-Off Date | 10 weeks after *Markman ruling* | |
| Initial Expert Reports Due | 14 weeks after *Markman* ruling | |
| Rebuttal Expert Reports Due | 20 weeks after *Markman ruling* | |
| Expert Discovery Cut-Off Date | 24 weeks after *Markman ruling* | |

| | |
|---|---|
| Final Motion Cut-Off Date | 30 weeks after *Markman ruling* |
| ADR Completion | 12 weeks after *Markman ruling* |
| Final Pre-Trial Conference | 10 days prior to trial |
| Trial | 42 weeks after Markman Ruling |

DATED: April 21, 2015                    Respectfully submitted,

**LEXINGTON LUMINANCE LLC**,
By its attorneys,


/s/ *Robert D. Katz*
David S. Godkin  (BBO#196530)
Andrew A. Caffrey III (BBO#660481)
BIRNBAUM & GODKIN LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com
caffrey@birnbaumgodkin.com

Robert D. Katz
KATZ PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
rkatz@katzlawpllc.com

**GOOGLE, INC.**,
By its attorneys,

/s/*Daniel C. Winston*
Daniel C. Winston (BBO #562209)
Matthew S. Barrett (BBO #673882)
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dwinston@choate.com
swang@choate.com

**FORMOSA EPITAXY INC.**,

By its attorneys,

*/s/ Patricia R. Rich (with permission)*
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston MA 02110
Telephone: (857) 488-4200
Facsimile: (857) 488-4201
prich@duanemorris.com

Jeffrey K. Sherwood
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteishapiro.com
monterioc@dicksteishapiro.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/*Robert D. Katz*
Robert D. Katz